No. 9, Misc.   WELLMAN ET AL. *v.* UNITED STATES.

*Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the Court of Appeals for the Sixth Circuit is vacated and the case is remanded for consideration in light of *Yates* v. *United States,* 354 U. S. 298; *Schneiderman* v. *United States,* 354 U. S. 298; and *Richmond* v. *United States,* 354 U. S. 298.   MR. JUSTICE CLARK dissents for the reasons given in his dissenting opinion in *Yates* v. *United States; Schneiderman* v. *United States;* and *Richmond* v. *United States, supra.   Ernest Goodman* for petitioners. *Solicitor General Rankin* and *Simon E. Sobeloff,* then Solicitor General, for the United States.

No. 835.   ADAMS NEWARK THEATER CO. ET AL. *v.* CITY OF NEWARK ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   *Alberts* v. *California,* 354 U. S. 476; *Kingsley Books, Inc.,* v. *Brown,* 354 U. S. 436; and *Roth* v. *United States,* 354 U. S. 476.   THE CHIEF JUSTICE would note probable jurisdiction and set the case for argument.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.   *Sylvan C. Balder* and *Isadore Gottlieb* for appellants. *Vincent J. Casale* for appellees.